Law Library

**IN THE SUPERIOR COURT OF GUAM**

FILED

JAN 19 ...

SUPERIOR COURT
OF GUAM

GUAM FEDERATION OF TEACHERS, as agent for Matthew Rector, individually, and on behalf of all those similarly situated,

Petitioner,

vs.

GOVERNMENT OF GUAM, et al.

Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

SPECIAL PROCEEDINGS #09-07

**DECISION AND ORDER**

On June 23, 2010, this Court ordered the parties to provide full briefing on the issue which caused this matter to be filed as a mandamus action. Having reviewed the briefs herein this Court determines the application as specifically filed herein is inappropriately presented, is without jurisdictional basis, and must be DISMISSED.

The controversy involved in this proceeding is the non-payment of back wages to possibly hundreds of teacher employed with the Guam Department of Education (hereinafter "GDOE") encompassing the Fiscal Year 2003 payroll period between August 1, 2003 and August 18, 2003, based on a decision of this Court In the Matter of Department of Education v. Civil Service Commission et al., Special Proceeding Case No. 0184-04[1], *Decision*, (Apr. 26, 2006). In that decision this Court affirmed a ruling of the Civil Service Commission (hereinafter "CSC") in an appeal by the GDOE challenging an audit finding of the CSC which ordered GDOE to back pay certain teachers for this payroll period. Ms. Elizabeth Taimanao, as

---

[1] SP09-07 is not formally consolidated with SP0184-04; both cases are assigned to this Court and both cases have held joint hearings.

Real Party-In-Interest, represented the test case for all other teachers similarly affected by the CSC's ruling. Since the Court's April 26, 2006 decision no payment has been made.

The Petitioners herein come before the Court once again in an effort to force the GDOE through mandamus to pay the affected teachers[2]. Petitioners attempt at mandamus is unfortunately misdirected, convoluted, and jurisdictionally deficient. Ironically, Petitioner correctly cites as support of their claim for relief _Limtiaco v. Guam Fire Department_, 2007 Guam 10. In that case, Limitiaco sued in a mandamus action for payment of back wages due and owing him based on a stipulated settlement of a grievance appeal he filed before the Civil Service Commission. This Court found in favor of Limitiaco through a Finding of Fact & Conclusions of Law, and concurrently issued a separate Judgment, and Writ of Mandate to enforce payment. The Guam Supreme Court affirmed the Court's rulings. _Id._

As repeatedly stated by the GDOE at hearing on this matter, and in its briefs, counsel for Ms. Elizabeth Taimanao failed to submit a judgment in SP0184-04, through which mandamus could be ordered under _Limtiaco_. Instead, Petitioners embarked on a confusing legal strategy which has only resulted in unnecessary delays. Nonetheless, the Court in its sound discretion issued a final Judgment in SP0184-04 on August 26, 2010, from which mandate can issue.

In the interest of equity and justice, this Court is compelled to dismiss Special Proceeding No. 09-07 pursuant to GRCP 41(a)(2) without further hearing.

SO ORDERED this 10th of February 2012.

_____
**HONORABLE ELIZABETH BARRETT-ANDERSON**
Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.
Dated at Hagåtña, Guam

FEB 1 0 2012

_Glenric J. Mendiola_
Deputy Clerk, Superior Court of Guam

---

[2] Based on the Petition is appears that Matthew Rector is among the teachers who have not been paid.